<u>The United States District Court</u>
<u>For the District of Norfolk</u>

Gilbert Ryan Raynor,
Gilbert Ryan Raynor Irrevocable living will and Trust,

V.

Israel,
Palestine,
The United States of America,
The United States,

2:24cv564

**Plaintiff(s) Argument**

I.  The Parties to This Complaint.
    The Plaintiff(s)
Gilbert Ryan Raynor,
    300 Broad Street
    Portsmouth VA 23707
    (757)977-7764
    (757)537-4945
Gilbert Ryan Raynor Irrevocable Living Will and Tr'

    The Defendant(s)
Israel
    P.M. & Minister of Foreign Affairs
    bnetanyahu@knesset.gov.il
    American Embassy
    8, Kamal El-Din Salah Street
    Garden City, Cairo
    Egypt
    (011-202) 2797-2388
    (011-202) 2797-2389
    AgCairo@usda.gov
Palestine

18 Agron Road
Jerusalem 9419003
+972-2-622-7230
USPalestinianAffairs@state.gov

**Summary of argument**;
I'm the higher power, the (" Prayer Receptor "), I've had active involvement, under Ordaince of international law article 17 of the Universal declaration of human rights, my right as owner, of Earth ( the "Earth" ) , under constitutional Rights of progression without my person or correspondence being abridged in the capacity of my citizenship. With the powers of Attorney, as Owner, in my Irrevocable Living Will and Trust, Schedule kept in portfolio of Assets. The power to Grant and or revoke License, Self Governing recognition, and also rights granted as a nation of self Governing above a bodies of People's protected by the Common practices of Law and Administrative Code, enforced by recognized Agency, and also, Judiciary practices of democracy aimed at the stabilization and growth in the progression of life for the inhabitants on the habital continental bodies of land, where the masses practice the same practices of law and work in unision with the bordering nation's of stability and peace.

**Basis for Jurisdiction**;
Amendment 1
"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."
Amendment 14
Section 1.
All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.
Under § 1605A(c),U.S. citizens who are victims of state-sponsored terrorism can sue a responsible foreign state directly. Significantly, state law no longer controls the nature of the liability and damages that may be sought when it is a foreign government that is sued.
Article 17
 of the 1948 Universal Declaration of Human Rights.
Everyone has the right to own property alone as well as in association with others. No one shall be arbitrarily deprived of his property."

**Argument;**
I have, The right to Enforce the Constitutional practices of common law, international treaties, and conflicts in occurrence on the occupied Lands, in which I have power of Ownership Laws and Protections for the Safety of Residential Persons, Public Authority Capacity among The officials in all State Governed matters through the charters of the declaration of human rights, that formally recognizes the Governing bodies on the sub-Continent, known as the Middle-East, in which the Recognized States of self-Goverence systems on Earth are in Effectiveness,

I additonally the Right to represent my person in all Matters, even outside the Jurisdiction of the Constitutional Federal Republic.

Under § 1605A(c),U.S. citizens who are victims of state-sponsored terrorism can sue a responsible foreign state directly. Significantly, state law no longer controls the nature of the liability and damages that may be sought when it is a foreign government that is sued:

As the Proclaimed owner of Earth within the Milky-way, under the asterism that the constellation known as the Big Dipper, is located. Protected under Rights of Ownership, protected by Global Recognition of Lordship, and also, recorded in written forms that are subject too inspection.
Am authorized without worry of Lose of my properties, to Enforce extended Jurisdictional Charters to be adopted Global, all of which to be intertwined with sanctuary ordinances.
With assertion of my Rights' and Freedom's of practice into Scientific studies,

And also while still being Protected under the Federal Republics Constitutional ordinances such as the Amendment 14
Section 1.
All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

I, Gilbert Ryan Raynor, the Draftsman of this Action have the Best interest of the inhabitants subject to this Actions, being all habitants of Earth, My claimed Property.and again Cited in this Action, In my official capacity I've Entrust in the Trust of Assets Portfolio within Province on Earth, within the Charters Assigned for Expansion of Intergalactic and solar Treaties and Accord's.

During the times of Crisis in the lands of Israel,were the residents are of the Islamic faith, Jewish community, Palestinians peoples, within the same countries Boarders the invasion on the peoples against my person's protection in Accordance with the laws I am Afforded as a citizen with assertion of my 1st amendment through written Correspondence, again protected by My 1st amendment, freedom from abridgment as a citizen and my person being a global Sacred Influence, definition of ( "Sacred King" ), again my citizenship protected under the 14th amendment from abridgment by citizens, with the understanding that, my right to a free thinking

space and Right to be alone always be protected, Especially on the sub-Continent, known as the middle East, Between the 3 Recognized States of self-Goverence systems; Israel, Hamas, and the Palestinians, all residents on the land when in times of Crisis with myself as A Higher Authority Figure ( "Public Figure" ) with Jurisdictional Grounds under best interest incourse of actions for Land Inhabitants of Earth, intrest protected under ownership of the Celestial entity Known as Earth Within the Milky-Way.

The Israelites Congressional Committe under the Irrevocable self government of Israel, invoked gorilla warfare and impoverished treatments on the residents who's Petitions are always within my Jurisdictional rights as a "Higher authority" my Capacity and authority protected through global citizenship status, and Congressional Acts and laws that protect my person in Authority Capacity, when dealing with Missing persons circumstances, Criminal advertising request for aid circumstances, and the protection that even officials can not abridged my person when in correspondence with Higher Authority over their Capacity, due to Circumstances of public advertising materials and Public Administrative Codes ( "Public Law" ), my Higher Authority, again protected by the American People's constitutional Acts of congress that,

The United States constitutional federal Republic Entity passed legislations in Congress in the Year of 1956 Declaring the Motto advertised in public display of all who acquire the United States Currency, the Motto "In God We Trust" being the nations Motto,

this use of my Intellectual property because of one Known identity, and two (2) the accuracy of known identity by use of life attributes that pinpoint with accuracy True Name and Full identity. Due to, being The Derived benefactor of the Attributed artwork in question. Name and life attributes ("intellectual property") protected under the 1st amendments protection of commercial publication and berne convention, and also right which Congress aluted to the people in the F.A.C.T Law of 1983,

Materials that would fall under section 43(a) of the Lanham Act, and be protected under acts from Piracy of intellectual property, by Government officials, and or citizens and none citizen. Federal criminal actions under §18 U.S.C. 596(a).

The Broadcast stations in Accordance with acts of Congress and protection from False advertisements have shown government Negligence, available for the public eye and stratification social classes of global economic Growth impact and peace keeping initiatives, during the conflict of the Hostages being taken, whom, I had Visual Eye sight on those person named as "Hostages", along with Human Rights' Judges And International Enforcement Agencies, where my person, was informed they were not Equipped to continue in the Fashion the parties had been due too, what was referred to as "Spiritual Warfare" from my person, in Official Capacity as My Public Figures Advertised Capacity, the news Broadcasting stations were using audiovisual Recordings of "tiktok" users videos during times of conflict when satcom networks are in a times of full effectiveness, satcom networks that have thermal radar imagery systems and longitud latitude coordination networks in places to find taken persons,

Israel, and also other surrounding countries of the Subdivisiary continents in the Middle-East are intentionally Disrupting the populations and depriving people protected under my person's protection if requested or the need for protection, by my viewpoint and identification of the circumstances in which I assert the Clause's. They have intentionally uprooted these persons with no known direction or impact plan for development and Growth to start in effectiveness, the

People of those lands are left in a near hopeless position from the influence being asserted in the manner in which it has been. Being forced to weather the disruption of life on the maybe outcome of what the government above the citizenships Reside has decided to initiate instead of having the proper proposals brought forth in a Tribunal arraignments with the Jurisdiction to uphold the policies and procedures they need be in place and maintained to uphold the self-Governing system. And also, under the ground that the appearances are that the Israelites are intentionally depriving said person's of human rights, Freedoms, and fair Treatments, for a projected outcome they not only plotted, but altered ("Doctored") to loose the countries residents as a whole in matter of trust in Governed policies to protect the rights they are granted as human beings protected within the Boarders of the country in question.

 The lands available to house the populations of peoples is all available just have to be developed properly and in Accordance with housing safety regulations, while the lands in the impoverished areas are redeveloped for the best Economic Growth development of the region in which the area is in reservation,
The not up-to-date efficiency with electrical and water hydration systems for the land population to be within the bounds and extent they are, and to have the structural size or Boarders to upkeep a more efficient economy, a self sustaining government, with regulated taxation and equal and fair job opportunities, and living conditions, to all abled persons, within the coastal privinced country in the Sub-Continent known as the Middle-East.

**Suggested solution;**
Adoption of Trust of Assets Agreements. As a subdivision within the Trust of Assets Portfolio, labeled for the borders surrounding the Recognized States in Question.
Adoption of Naturalization Testaments,I will Produce for the Venues viewing.
Adoption of public, Judicial, and Administrative Codes up-to-date with legal practices Under the United States Federal Constitutional protection, enforcement, and also, equal and Fair Treatments. Written, Expansion of Jurisdiction Ordinance Agreements, again I will Produce
Full force of the international world Treaties.
Audit of all recognized self governments in question outside the Constitutional Jurisdiction of the United States Federal Republic,
Census of the people within the Boards in question.
 Economic Growth development plan placed in,
Bilateral Agreements between The United States of America, and the Combined Governments of the 3 Recognized States in Question through the world Bank under contract control, power above Operations, contracts with licensing agreements to hire from the Economy's in question.
Insertion of The Peace Corps company of the United States government for Higher education to bring balance in the economic Growth Plan,
Terrorism Tribunals accountability be brought in effect for enforcement of the economic Growth development.

Draft of zoning ordinance for full economy Regrowth and development with Adoption and insertion of "Public Law, and also administrative Code" electrical Innovations,and Water Hydration Ordinance Agreements and networks mapped and zoned in with Accordance with Public Law/Common law.

Date: 9/7/24 .

_____
Gilbert Ryan Raynor,