11/16/24

Clerk of Court,

I Gilbert R Raynor, am now writing to advise you of a mishap against my 4th Amendment, 8th, and 14th. Because of this it is now my choice to as the clerk to withdraw all of all dockets I have in and have them ready for my retreival upon release from detainment being possiable after 11/21/24. I have the rights of ownership over all writings also, including the global warming case to which if I choose I will file deffenently, the missing persons case and public aid for assitance, because of Mrs. Elizabeth Hanes stating she would rather just issue the funds when the judge on the probation violation case asked (all through visual transparent telepthy and witnessed) stated she would rather just pay the sum that was verified, or I'll refile. The copyright cases I will refile at later dates more than likly in the states of business of the companies instead of this state where the purchases took place. The copyright over the art work on the dollar and other property I will more than likly refile later, and the same with the 9/11 complaint. Again, due too

circumstances and violations by the Judicial Branch of the court and the court detaining me. I will be writing the commission because I with everything and the judges know the warrant issued against me is a violation to my 4th Amendment, violations to my 8th, 14th and infringements of my 1st and 13th, by Article 3 I believe of the Constitution. I will be as stated writing the commission of the Supream court of VA. All issues are witnessed. If I save or get people out of harms way through manifestation, astral projection, materialization, or any form of word for visual use of telepthy in the form I use and I do record and all known, then the courts make no stance or stance against my person. So please withdraw all dockets.