GILBERT RYAN RAYNOR #241199
Portsmouth City Jail
701 Crawford St.
Portsmouth, Va. 23704-3309

RICHMOND VA RPDC 230

19 NOV 2024 PM 2 L



U.S. MARSHALS
INSPECTED

CLERK OF COURT
600 GRANBY ST
NORFOLK VA 23510

23510-191599