IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF Virginia
Norfolk Division

GILBERT RYAN RAYNOR,

    Plaintiff,

    v.                                                               Civil Action No. 2:24-cv-564

ISRAEL, *et al.*,

    Defendants.

## DISMISSAL ORDER

On November 21, 2024, Plaintiff filed a document that the Court construes—and refers to herein—as a "Motion to Voluntarily Dismiss." Mot. Voluntarily Dismiss, ECF No. 4. In his Motion to Voluntarily Dismiss, Plaintiff asks the Court to dismiss all of the cases that Plaintiff has pending in this Court. *Id.* at 1 (stating, "it is now my choice to as[k] the Clerk to withdraw all dockets I have"). Plaintiff indicates that he may re-file certain cases "at later dates" in a different manner and/or in a different court. *Id.*

Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure provides that an action may be voluntarily dismissed by a plaintiff without a court order by filing "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Rule 41(a)(2) provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on the terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

Under the circumstances summarized above, the Court finds that the dismissal of this action without prejudice is proper under Rule 41(a)(2). Accordingly, Plaintiff's Motion to

Voluntarily Dismiss, ECF No. 4, is GRANTED, and this civil action is hereby DISMISSED without prejudice.

    The Clerk is DIRECTED to send a copy of this Dismissal Order to Plaintiff.

    It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: November 25, 2024